# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **JUAN CHAVEZ ARROYO,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) **Case No. 1:14-cv-02451-TWT** |
| **ALANIS GENERAL** | ) |
| **CONTRACTORS, INC. and** | ) **Jury Trial Demanded** |
| **ROSWELL DRYWALL, LLC,** | ) |
| **As Joint Employers** | ) |
| | |
|     **Defendants.** | |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff Juan Chavez Arroyo, and pursuant to Rule 41(a)(1)(A)(i), gives notice of the voluntary dismissal of this action, with prejudice.

                                                     Respectfully submitted,

                                                     s/ Robert M. Weaver
                                                   Robert M. Weaver, Esq.

Quinn, Connor, Weaver, Davies & Rouco LLP
3516 Covington Highway
Decatur, GA 30032
rweaver@qcwdr.com

## CERTIFICATE OF SERVICE

This is to certify that on August 15, 2014, I filed a true and correct copy of the foregoing via the Court's CM/ECF system, and that I have mailed by USPS First Class Mail the document to the following non-CM-ECF participant:

Alanis General Contractors, Inc.
c/o Otoniel Alanis, Registered Agent
103 Hearthstone Drive
Woodstock, GA 30189

Roswell Drywall, LLC
c/o Victor Juarez, Registered Agent
Suite 2110, 1010 Huntcliff
Atlanta, GA 30350

                                         s/Robert M. Weaver
                                         Robert M. Weaver